JOHN McPHEE *vs.* ISAAC STAPLES.

November 9, 1880.

Evidence *held* sufficient to sustain finding of fact.

Appeal by defendant from an order of the municipal court of Stillwater, refusing a new trial. The action was for damages for converting certain wheat, the property of plaintiff.

*J. N. & I. W. Castle*, for appellant.

*L. E. Thompson*, for respondent.

GILFILLAN, C. J. We do not see but there is evidence sufficient to sustain the finding of the court below as to the plaintiff's ownership of the wheat, that it came into defendant's possession without authority of plaintiff, and that he converted it to his own use. There is no other point made in the case that need be specially noticed.

Order affirmed.